STATE v. MACK McGHEE.

*Hayden Clement, Assistant Attorney-General,* for State.
*Walser & Walser* and *J. A. Barringer* for defendant.

WALKER, J. The facts in this case are substantially like those in *State v. Hanner,* and as the two cases present the same question, they were argued together. The decision in *State v. Hanner* must, therefore, govern in this case.

New Trial.